UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GEORGE MILLER,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 3:20-CV-1036 JD

## ORDER

Now before the Court is a joint Stipulation of Partial Dismissal (DE 21), which seeks to dismiss Defendant United States of America, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Technically, Rule 41(a) does not apply here, as it refers to dismissal of "an action," as opposed to dismissal of a claim or party. *Taylor v. Brown*, 787 F.3d 851, 857–58 (7th Cir. 2015) (stating that "Rule 41(a) should be limited to dismissal of an entire action" and that Rule 15(a) is the proper vehicle for adding or dropping parties or claims). However, no party has responded in opposition to the stipulation, so the Court construes it as a motion under Rule 15(a) and GRANTS the motion to dismiss Defendant United States of America, with prejudice. (DE 21.) This case still proceeds against Defendant Bryan's Landscape Management LLC.

    SO ORDERED.

    ENTERED: March 7, 2022

                                               /s/ JON E. DEGUILIO
                                               Chief Judge
                                               United States District Court