# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GEORGE MILLER

    Plaintiff

  v.

                                         Civil Action No.  3:20-cv-1036

UNITED STATES OF AMERICA,
TERMINATED: 03/07/2022

BRYAN'S LANDSCAPE MANAGEMENT LLC

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Chief Judge Jon E DeGuilio.

DATE: 6/15/2022                    GARY T. BELL, CLERK OF COURT

                                      by   s/ S. Jarrell_____
                                         *Signature of Clerk or Deputy Clerk*